**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHRISTOPHER CAMPBELL, JR.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOCKHART, MORRIS & MONTGOMERY, INC.**<br><br>**Defendant.** | **CIVIL ACTION NO.:** |

**DEFENDANT LOCKHAR, MORRIS & MONTGOMERY, INC.'S**

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Lockhart, Morris & Montgomery ("LMM") hereby removes the subject action from the Prince George's County Circuit Court, Maryland to the United States District Court for the District of Maryland on the following grounds:

1. Plaintiff Christopher Campbell, Jr. instituted an action in the Howard County District Court, Maryland on October 13, 2026. A copy of the Complaint is attached hereto as **Exhibit A**.

2. LMM was served on October 19, 2026. Therefore, removal is timely.

3. Plaintiff's Complaint alleges violations of the FDCPA and FCRA.

4. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 since there is a federal question. This suit falls within the FDCPA and FCRA which supplies the federal question.

5. Pursuant to 28 U.S.C. §1441, et seq., this cause may be removed from the Howard County District Court, Maryland to the United States District Court for the District of Maryland.

6. Notice of this removal will promptly be filed with the Howard County District Court, Maryland and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference.

WHEREFORE, Defendant Lockhart, Morris & Montgomery, Inc., by counsel, removes the subject action from the Howard County District Court, Maryland, to the United States District Court for the District of Maryland.

Dated: November 16, 2026

/s/*Jeffrey Friedman*

Jeffrey L. Friedman (Bar No. 437099)
Friedman & Associates, LLC
100 Owings Court, Suite 4
Reisterstown, Maryland 21136
(410) 526-4500
Jeff@friedmanlaw.net
Attorney for Lockhart, Morris & Montgomery, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF, and notice will be sent via CM/ECF and/or e-mail to all party entitled to receive a copy.

*/s/ Jeffrey Friedman*